JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STANLEY H. SOLVEY, | ) | Case No. 2:23-cv-00745-DOC-JC |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| KEN CLARK, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed in this action and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED:   May 23, 2023

_____

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE